In the Matter of DARNELL BALLARD, Petitioner, v STEVEN E. RACETTE, as Superintendent of Clinton Correctional Facility, Respondent. [32 NYS3d 518]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier II disciplinary determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to his inmate account. In view of this, and given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Robinson v Prack*, 137 AD3d 1452, 1452 [2016]; *Matter of Mercer v Stallone*, 137 AD3d 1408, 1408 [2016]).

Lahtinen, J.P., Egan Jr., Lynch, Devine and Mulvey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.